03/13/2018
Philadelphia Bankruptcy Court
900 Market St.
Suite 400
Phila. PA 19107

Case # 18-11155-jkf

Todd Culbreath
701 Buttonwood ST.
Norristown, PA 19401

Dear presiding Honorable Judge,
I am writing to you in reference to my bankruptcy case, which was dismissed on yesterday, 03/12/18. There was a document that was due on 03/07/18, which is the certificate of credit counseling. This was completed well before the due date, but was an oversight on my part. Please, reinstate my case, I implore you and henceforth I will make certain to have all documents submitted in a timely fashion.

Sincerely,

Todd Culbreath