DEBTOR'S INITIALS

CO-DEBTOR'S INITIALS

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and the full account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, OR BOTH | DATE CLAIM WAS INCURRED, NATURE OF LIEN (MORTGAGE, JUDGMENT, CAR LOAN, ETC.), AND DESCRIPTION AND VALUE OF PROPERTY (Home, car, vacation property, etc.) | TOTAL AMOUNT OF CLAIM | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ACCOUNT NO. 0034073619 Homebridge/Cenlar PO Box 77404 Ewing, NJ 08628 | | | Date: 03/28/2011 Type of lien: Description of property Mortgage Single family Home VALUE $ | $150,000 | $0 |
| ACCOUNT NO. | | | Date: Type of lien: Description of property VALUE $ | | |
| ACCOUNT NO. | | | Date: Type of lien: Description of property VALUE $ | | |
| | | | Total (Use only on last page) | $ | $ |

DEBTOR'S INITIALS

CO-DEBTOR'S INITIALS          List any other secured debts on a separate piece of paper



FILED
MAR 14 2018
TIMOTHY McGRATH, CLERK
DEP. CLERK
BY

26

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Acct: Ending in 7453 Creditone PO Box98878 Las Vagas, NV 18193 | | | | | | | $1500. | " " " | |
| Account No. Citi Acct:ending in 8431 PO Box 790040 St Louis MO 63179 | | | | | | | $4325. | " " " | |
| Account No. Acct: ending in2831 Comenity Capital Bk One Righter Pkwy, Ste100, | | | | | | | $385.00 | " " " | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) $ 6210.00  $ "  "  0

Total➤ $ 6210.00

DEBTOR'S INITIALS

CO-DEBTOR'S INITIALS

FILED
MAR 14 2018
TIMOTHY McGRATH, CLERK
DEP. CLERK
BY

28