Case # 18-11155

Certificate Number: 00301-PAE-CC-029934156



00301-PAE-CC-029934156

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 26, 2017</u>, at <u>3:14</u> o'clock <u>PM EDT</u>, <u>TODD CULBREATH</u> received from <u>InCharge Debt Solutions</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>September 26, 2017</u>    By: <u>/s/Felisa McNair</u>

Name: <u>Felisa McNair</u>

Title: <u>Certified Bankruptcy Counselor</u>

FILED
MAR 1 4 2018
TIMOTHY McGRATH, CLERK
BY TIMO___ DEP. CLERK

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).