### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                                          **:**

**TODD L. CULBREATH**                    **: Chapter 13**

**Debtor**                                      **: Bankruptcy No. 18-11155-jkf**

### ORDER

AND NOW,  upon consideration of Debtor's Letter/Request to Reconsider Order Dismissing

Debtor and Reinstate the Case, it is hereby

ORDERED and DECREED that the Request is GRANTED , the Order Dismissing the Debtor

is VACATED and the Bankruptcy Case is REINSTATED.

Dated: April 16, 2018                    _____
                                                    HONORABLE JEAN FITZSIMON
                                                    U.S. BANKRUPTCY JUDGE