## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **Todd L. Culbreath,** | : | |
| Debtor. | : | Case No. 18-11155 (JKF) |

## ORDER

**AND NOW**, this 18th day of April, 2018, debtor having filed his bankruptcy case on February 21, 2018;

**AND** debtor's bankruptcy case having been dismissed by Order, dated March 12, 2018, but the dismissal order having been vacated and debtor's bankruptcy case having been reinstated by Order, dated April 16, 2018;

**IT** is hereby **ORDERED:**

Debtor shall file the following documents on or before **Wednesday, May 9, 2018**, or his bankruptcy case may be dismissed without further notice:

        Matrix List of Creditors
        Chapter 13 Plan
        Schedule A/B
        Schedule B
        Schedule C
        Schedule F
        Schedule G
        Schedule H
        Schedule I
        Schedule J
        Statement of Financial Affairs
        Summary of Assets and Liabilities Form B106

Means Test Calculation (Form 122C-2)
Chapter 13 Statement of Your Current Monthly
    Income and Calculation of Commitment
    Period (Form 122C-1)
Statement of Financial Affairs, and
Summary of Assets and Liabilities Form (Form B106).

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Todd L. Culbreath
701 Buttonwood St
Norristown, PA 19401

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107