United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd L. Culbreath  
      Debtor

Case No. 18-11155-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Apr 18, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2018.  
db           +Todd L. Culbreath,    701 Buttonwood St,    Norristown, PA 19401-4232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                              TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| **Todd L. Culbreath,** | : | |
| Debtor. | : | **Case No. 18-11155 (JKF)** |
| _____ | | |

## ORDER

**AND NOW**, this 18th day of April, 2018, debtor having filed his bankruptcy case on February 21, 2018;

**AND** debtor's bankruptcy case having been dismissed by Order, dated March 12, 2018, but the dismissal order having been vacated and debtor's bankruptcy case having been reinstated by Order, dated April 16, 2018;

**IT** is hereby **ORDERED:**

Debtor shall file the following documents on or before **Wednesday, May 9, 2018**, or his bankruptcy case may be dismissed without further notice:

> Matrix List of Creditors
> Chapter 13 Plan
> Schedule A/B
> Schedule B
> Schedule C
> Schedule F
> Schedule G
> Schedule H
> Schedule I
> Schedule J
> Statement of Financial Affairs
> Summary of Assets and Liabilities Form B106

       Means Test Calculation (Form 122C-2)
       Chapter 13 Statement of Your Current Monthly
          Income and Calculation of Commitment
          Period (Form 122C-1)
       Statement of Financial Affairs, and
       Summary of Assets and Liabilities Form (Form B106).

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Todd L. Culbreath
701 Buttonwood St
Norristown, PA 19401

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107