IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Todd L. Culbreath | : CHAPTER 13 |
| xxx-xx-99495 | : |
| 701 Buttonwood Street | : CASE NO. 18-11155-JKF |
| Norristown PA 19401 | : |
| | : |
| | : |
| Debtor | : |
| | : |

## INCOME STATEMENT

The undersigned Todd L. Culbreath states as follows:

My income for the period from November 1 2017 to March 31 2018 was as follows:

| Month | Income |
|---|---|
| November 2017 | $2543.00 |
| December 2017 | $2000.00 |
| January 2018 | $3400.00 |
| February 2018 | $3400.00 |
| March 2018 | $3000.00 |
| April 2018 | $ |

5/10/18
Date

Todd Culbreath