UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

TODD L  CULBREATH

                                                               : Bankruptcy No. 18-11155JKF
        Debtor(s)                               : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 7, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL W GALLAGHER ESQ
401 WEST JOHNSON HIGHWAY
SUITE 4
EAST NORRITON PA 19401-

TODD L  CULBREATH
701 BUTTONWOOD STREET
NORRISTOWN,PA.19401