United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-11155-jkf
Todd L. Culbreath                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2          Date Rcvd: Nov 07, 2018
                              Form ID: pdf900          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
```
db             +Todd L. Culbreath,    701 Buttonwood St,    Norristown, PA 19401-4232
14113541        Berkheimer Assoc. Agent for Norristown boro/Norris,    c/o David R. Gordon, Esq.,
                 1883 Jory Rd.,    Pen Argyl, PA 18072
14104726       +CITI,   P.O. BOX 2001,    WARREN, MI 48090-2001
14104727       +CITI,   P.O. BOX 790040,    ST. LOUIS, MO 63179-0040
14104729        CREDIT ONE BANK GENERAL CORRESPONDENCE,    P.O. BOX 98873,    LAS VEGAS, NV 89193-8873
14104740        Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA 30374-0256
14104741       +Experian,    P.O. Box 9701,    Allen, TX 75013-9701
14104742        Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
                 Allen, TX 75013-2002
14104730       +FIRST PREMIER BANK,    3820 N. LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
14104746        H.A. Berkheimer Tax Administrator,    Bankruptcy Notices,    50 North 7th Street,
                 Bangor, PA 18013-1798
14104731       +HOMEBRIDGE FINANCIAL SERVICES INC.,    425 PHILLIPS BLVD.,    EWING, NJ 08618-1430
14125787       +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
14073944       +HomeBridge Financial Srvs. Inc.,    Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14104743       +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
14104732       +KML LAW GROUP,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
14104733       +LLOYD S. MARKIND, ESQUIRE,    1060 ANDREW DRIVE,    WEST CHESTER, PA 19380-4292
14104734       +MEENAN OIL COMPANY,    8301 LANSDOWNE AVENUE,    UPPER DARBY, PA 19082-5499
14104735       +MEENAN OIL COMPANY,    9 WEST BROAD STREET,    STAMFORD, CT 06902-3734
14104736       +PENN DENTAL,    711 W. LANCASTER AVE.,    BRYN MAWR, PA 19010-3401
14104738       +TEMPLE SCHOOL OF DENTISTRY,    3223 NORTH BROAD STREET,    PHILADELPHIA, PA 19140-5007
14104745       +Transunion Corporation,    2 Baldwinm Place,    P.O. Box 1000,    Chester, PA 19022-1370
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14104739       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 08 2018 02:38:30
                 Berks Credit And Collections Inc.,    P.O. Box 329,    Temple, PA 19560-0329
14104728        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 02:37:37
                 COMENITY BANK BANKRUPTCY DEPT.,    P.O. BOX 183043,    COLUMBUS, OH 43218-3043
14124641       +E-mail/Text: bncmail@w-legal.com Nov 08 2018 02:37:58     Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14104744        E-mail/Text: cio.bncmail@irs.gov Nov 08 2018 02:37:35     Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14124677        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2018 02:50:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14101244       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 02:37:53     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14104737        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:52
                 PENNSYLVANIA DEPARTMENT OF REVENUE,    DEPT. 280946,    HARRISBURG, PA 17128-0946
14123578        E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 02:37:38
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi                Page 2 of 2                   Date Rcvd: Nov 07, 2018
                              Form ID: pdf900            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Todd L. Culbreath mwglaw@msn.com,
               mwglaw1@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

TODD L  CULBREATH

                                                        : Bankruptcy No. 18-11155JKF
       Debtor(s)                                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: November 7, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL W GALLAGHER ESQ
401 WEST JOHNSON HIGHWAY
SUITE 4
EAST NORRITON PA 19401-

TODD L  CULBREATH
701 BUTTONWOOD STREET
NORRISTOWN,PA.19401