United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11155-jkf
Todd L. Culbreath                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Dec 04, 2018
                              Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14124641        +E-mail/Text: bncmail@w-legal.com Dec 05 2018 03:17:41      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com
        MICHAEL W. GALLAGHER    on behalf of Debtor Todd L. Culbreath mwglaw@msn.com, mwglaw1@verizon.net
        REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                                                                                                   TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11155-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Todd L. Culbreath
701 Buttonwood St
Norristown PA 19401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/03/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121 | SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/06/18

Tim McGrath
**CLERK OF THE COURT**